IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:15-CR-24 (WLS) |
| | : | |
| CONAGRA GROCERY PRODUCTS, COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Upon review of the Docket in the above-captioned matter, the Court finds it appropriate to determine the present status of this proceeding. Accordingly, the Court **ORDERS** the Government to so advise the Court in writing within fourteen (14) days of entry of this Order.

**SO ORDERED,** this   10th   day of March, 2016.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1