IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | CASE NO. 1:15-CR-24-WLS |
| | : | |
| **CONAGRA GROCERY PRODUCTS COMPANY, LLC.,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**JOINT MOTION FOR DISCLOSURE OF RESTITUTION CLAIMS**

The United States of America, by and through the Office of the United States Attorney for the Middle District of Georgia and the Consumer Protection Branch of the U.S. Department of Justice, and counsel for Defendant, Conagra Grocery Products, Company, LLC respectfully show the following:

On May 20, 2015, the United States filed an Information charging Defendant with one count of a violation of the Food, Drug, and Cosmetic Act. On the same date, the parties filed a signed plea agreement, wherein the Defendant agreed to enter a plea of guilty to the Information.

On July 22, 2015, this Court entered an Order authorizing a procedure for notification to potential victims, which included a nationwide newspaper advertisement, a publicly available website, as well as notification to previously known potential victims. Over the past several months, the Government has received information from potential victims, including Victim Impact Statements. In addition, potential victims who sent Victim Impact Statements were sent more detailed follow-up questionnaires, which elicited specific information concerning any requests for court-ordered restitution. The Victim Impact Statements and completed questionnaires have been forwarded to the United States Probation Office for its use in preparing a presentence report.

Now that the compilation of victim information has concluded, both the Government and Defendant desire to move forward to a final resolution including either a single hearing date for both the entry of a guilty plea and sentencing, or alternatively a hearing date for the entry of a guilty plea and a sentencing date.

18 U.S.C. 3664(a) provides that the presentence report shall include information concerning the amount of victim losses. 18 U.S.C. 3664(b) provides for the disclosure of that information to both the Government and the Defendant.  18 U.S.C. 3552(d) also authorizes the disclosure of the presentence report to both the Government and counsel for the Defendant "at least 10 days before sentencing."

Because there are many potential victims, under the circumstances of this case, the Defendant corporation will need sufficient time, more than 10 days, to evaluate and assess the various claims of the potential victims. The Defendant corporation needs to prepare to address the claims of the potential victims prior to the sentencing hearing or discuss with the Government the possibility of a stipulation regarding such claims. In addition, the Defendant corporation has already entered into numerous civil settlements with various plaintiffs; and the Defendant will need to evaluate whether any of the claimants may have already received compensation from the Defendant in the various civil actions which have already been resolved.

Wherefore, both the Government and counsel for Defendant respectfully request that this Court (i) authorize the United States Probation Office to disclose any information regarding claims for losses by victims, including the Victim Impact Statements and the completed questionnaires/supporting materials to counsel for Defendant, and (ii) direct that the Government and counsel for the Defendant advise the Court within sixty days of the Court's ruling on this motion regarding the further status of the matters addressed in this joint motion.

RESPECTFULLY SUBMITTED, this 25th day of April, 2016.

        G.F. PETERMAN, III.
        ACTING UNITED STATES ATTORNEY

  BY: */s/ Graham A. Thorpe*
     GRAHAM A. THORPE
     Assistant United States Attorney
     Georgia Bar Number 710650
     United States Attorney's Office
     Middle District of Georgia
     Post Office Box 1702
     Macon, Georgia 31202-1702
     Telephone: (478) 752-3511
     Graham.A.Thorpe@usdoj.gov

     */s/ Alan J. Phelps*
     ALAN J. PHELPS
     Trial Attorney
     CONSUMER PROTECTION BRANCH
     UNITED STATES DEPARTMENT OF JUSTICE
     Sixth Floor South
     450 Fifth Street, NW
     Washington, DC 20001
     Telephone: (202) 307-6154
     Alan.Phelps@usdoj.gov

**CERTIFICATE OF SERVICE**

I, GRAHAM A. THORPE, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing JOINT MOTION FOR DISCLOSURE OF RESTITUTION CLAIMS by electronically filing said motion with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

RESPECTFULLY SUBMITTED, this 25th day of April, 2016.

        G.F. PETERMAN, III.
        ACTING UNITED STATES ATTORNEY

BY:   */s/ Graham A. Thorpe*
        GRAHAM A. THORPE
        Assistant United States Attorney
        Georgia Bar Number 710650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Graham.A.Thorpe@usdoj.gov

        */s/ Alan J. Phelps*
        ALAN J. PHELPS
        Trial Attorney
        CONSUMER PROTECTION BRANCH
        UNITED STATES DEPARTMENT OF JUSTICE
        Sixth Floor South
        450 Fifth Street, NW
        Washington, DC 20001
        Telephone: (202) 307-6154
        Alan.Phelps@usdoj.gov