Filed at _____ A     M
_____ 4/26 , 2016
_____ BC
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 1:15-CR-24-WLS |
| | : | |
| CONAGRA GROCERY PRODUCTS | : | |
| COMPANY, LLC., | : | |
| Defendant. | : | |
| _____ | : | |

## PROPOSED ORDER

The Government and the Defendant have filed a joint motion for authorization to disclose certain potential victim information to counsel for Defendant.

According to the status report filed by the Government, the U.S. Probation Office has now received information pertaining to potential victims, including Victim Impact Statements, completed questionnaires, and claims for restitution.

18 U.S.C. 3664(a) provides that the presentence report shall include information concerning the amount of victim losses. 18 U.S.C. 3664(b) provides for the disclosure of that information to both the Government and the Defendant. 18 U.S.C. 3552(d) also authorizes the disclosure of the presentence report to both the Government and counsel for the Defendant "at least 10 days before sentencing."

Because there are many potential victims, under the circumstances of this case, the Defendant corporation will need sufficient time, more than 10 days, to evaluate and assess the various claims of the potential victims. The Defendant corporation needs to prepare to address the claims of the potential victims prior to the sentencing hearing or discuss with the Government the possibility of a stipulation regarding such claims. In addition, the Defendant corporation has already entered into numerous civil settlements with various plaintiffs; and the Defendant will need to evaluate whether any of the claimants may have already received compensation from the Defendant in the various civil actions which have already been resolved.

Therefore, it is hereby ORDERED, as follows:

1. The United States Probation Office is directed to disclose any information regarding claims for losses by victims, including the Victim Impact Statements and the completed questionnaires/supporting materials in this case (the "Victim Information") to counsel for Defendant.

2. The Victim Information contains confidential medical information related to potential victims in this matter. Defendant and defense counsel shall at all times exercise reasonable care in ensuring the continued confidentiality of all Victim Information. Defendant and defense counsel are barred from disclosing Victim Information to any third party, except to the extent that defense counsel needs to do so in preparation for proceedings in this case. Defendant and defense counsel shall use Victim Information only for this case and return or destroy the Victim Information at the conclusion of the case. All documents containing Victim Information filed with the Court shall comply with Fed. R. Crim. Pro. 49-1. In addition, a party attaching Victim Information to a public court filing shall file the Victim Information under seal. In public filings, potential victims shall be referred to only by their initials.

3. The Government and counsel for the Defendant shall advise the Court within sixty days of the Court's ruling on this motion regarding the further status of the matters addressed in the joint motion.

It is so ordered, this 25th day of April, 2016

*[signature]*
Sr. U.S. District Judge