IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 1:15-CR-24-WLS |
| | : | |
| CONAGRA GROCERY PRODUCTS COMPANY, LLC., | : | |
| Defendant. | : | |
| | : | |

## STATUS REPORT

The United States of America, by and through the Office of the United States Attorney for the Middle District of Georgia and the Consumer Protection Branch of the U.S. Department of Justice, and counsel for Defendant, Conagra Grocery Products, Company, LLC respectfully show the following:

On May 20, 2015, the United States filed an Information charging Defendant with one count of a violation of the Food, Drug, and Cosmetic Act. On the same date, the parties filed a signed plea agreement, wherein the Defendant agreed to enter a plea of guilty to the Information.

On April 26, 2016, this Court entered an Order authorizing the Government to disclose potential victim information to counsel for Defendant.  Pursuant to that Order, the Government has disclosed information including more than 150 Victim Impact Statements and Victim Claims for Restitution to counsel for Defendant. The Government also has requested certain relevant information from the Defendant in view of the potential victim information that was provided, and the Defendant is in the process of providing such information to the Government.  In addition, on or about June 8, 2016, the Government received additional potential restitution claims from forty-

two new claimants, which had not been previously provided to either the Government or Defendant. These were immediately disclosed to counsel for Defendant.

Both the Government and counsel for Defendant are in the process of reviewing and evaluating the statements and supporting documents submitted by the potential victims, including those submitted on June 8. Additional time is needed to fully review the materials which have been received. Both the Government and counsel for Defendant expect to complete the review and provide an assessment of the materials that have been received to the U.S. Probation Office no later than July 29, 2016. At that time, and in consultation with the U.S. Probation Office, both counsel anticipate requesting a hearing and/or status conference with the Court to address the issues of victim restitution, and timing in relation to either a single hearing date for both entry of a guilty plea and sentencing, or alternatively a hearing date for the entry of a guilty plea and a sentencing date.

Counsel is authorized to report that counsel for Defendant has reviewed this report and concurs.

RESPECTFULLY SUBMITTED, this 24th day of June, 2016.

        G.F. PETERMAN, III.
        ACTING UNITED STATES ATTORNEY

BY:   */s/ Graham A. Thorpe*
        GRAHAM A. THORPE
        Assistant United States Attorney
        Georgia Bar Number 710650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Graham.A.Thorpe@usdoj.gov

*/s/ Alan J. Phelps*
ALAN J. PHELPS
Trial Attorney
CONSUMER PROTECTION BRANCH
UNITED STATES DEPARTMENT OF JUSTICE
Sixth Floor South
450 Fifth Street, NW
Washington, DC 20001
Telephone: (202) 307-6154
Alan.Phelps@usdoj.gov
**[signed by GAT with express permission]**

## CERTIFICATE OF SERVICE

I, GRAHAM ALLEN THORPE, Assistant United States Attorney, hereby certify that I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record for Defendant.

This the 24th day of June, 2016.

                G. F. PETERMAN, III
                ACTING UNITED STATES ATTORNEY

BY:   */s/ Graham A. Thorpe*
        GRAHAM A. THORPE
        Assistant United States Attorney
        Georgia Bar Number 710650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Graham.A.Thorpe@usdoj.gov