IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | CASE NO. 1:15-CR-24-WLS |
| | : | |
| **CONAGRA GROCERY PRODUCTS COMPANY, LLC.,** | : | |
| Defendant. | : | |
| _____ | : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through the Office of the United States Attorney for the Middle District of Georgia and the Consumer Protection Branch of the U.S. Department of Justice, respectfully submit this status report, in response to this Court's Order of March 10, 2016.

In accordance with this Court's Order of July 22, 2015, the Government has sought to identify potential victims pursuant to a nationwide advertisement in USA Today, as ordered by the Court. In addition, the Government has utilized a website to further locate and identify potential victims, and sent victim notification letters to known potential victims. In these ways potential victims were advised of their rights under the Crime Victims' Rights Act and that they could send in a Victim Impact Statement. To date, the Government has received approximately 150 Victim Impact Statements, some of which asserted claims for court-ordered restitution from Defendant. In order to obtain necessary information, the Government sent questionnaires to the potential victims who provided Impact Statements and posted the same questionnaire on the above-mentioned website. This questionnaire requested more detailed information regarding the claims for restitution. (A copy of the questionnaire is attached as Exhibit #1.)  As of

March 22, 2016, the Government has received 100 responses to the questionnaires. The Victim Impact Statements and the completed questionnaires have now been furnished to the U.S. Probation Office, so that the information and the claims may be evaluated by U.S. Probation.

None of the above information has yet been made available to the Defendant Corporation. Counsel for the Government and counsel for Defendant intend to file a joint motion to disclose the claims information and the Victim Impact Statements to the Defendant at the appropriate time. After U.S. Probation and counsel for Defendant have had an opportunity to address the restitution claims, the parties will be in a position to move this Court to schedule the plea hearing and sentencing hearing.

RESPECTFULLY SUBMITTED, this 23rd day of March, 2016.

        G.F. PETERMAN, III.
        ACTING UNITED STATES ATTORNEY

BY:    */s/ Graham A. Thorpe*
        GRAHAM A. THORPE
        Assistant United States Attorney
        Georgia Bar Number 710650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Graham.A.Thorpe@usdoj.gov

        */s/ Alan J. Phelps*
        ALAN J. PHELPS
        Trial Attorney
        CONSUMER PROTECTION BRANCH
        UNITED STATES DEPARTMENT OF JUSTICE
        Sixth Floor South
        450 Fifth Street, NW
        Washington, DC 20001
        Telephone: (202) 307-6154
        Alan.Phelps@usdoj.gov

CERTIFICATE OF SERVICE

I, GRAHAM A. THORPE, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing GOVERNMENT'S STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

This 23rd day of March, 2016.

                        G.F. PETERMAN, III.
                        ACTING UNITED STATES ATTORNEY

BY:   */s/ Graham A. Thorpe*
        GRAHAM A. THORPE
        Georgia Bar Number 710650
        Assistant United States Attorney
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511