IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 1:15-CR-24-WLS |
| | : | |
| CONAGRA GROCERY PRODUCTS COMPANY, LLC., | : | |
| Defendant. | : | |
| _____ | : | |

## STATUS REPORT

The United States of America, by and through the Office of the United States Attorney for the Middle District of Georgia and the Consumer Protection Branch of the U.S. Department of Justice, and counsel for Defendant, Conagra Grocery Products, Company, LLC respectfully show the following:

On May 20, 2015, the United States filed an Information charging Defendant with one count of a violation of the Food, Drug, and Cosmetic Act. On the same date, the parties filed a signed plea agreement, wherein the Defendant agreed to enter a plea of guilty to the Information.

On April 26, 2016, this Court entered an Order authorizing the Government to disclose potential victim information to counsel for Defendant.  Pursuant to that Order, the Government has disclosed more than 150 Victim Impact Statements and Victim Claims for Restitution to counsel for Defendant. Counsel for Defendant has agreed to share certain settlement agreements with the Government to assist in determining which claimants have already received compensation from Defendant. On or about June 8, 2016, the Government received additional restitution claims from forty-two new claimants, which had not been previously provided. These were immediately disclosed to counsel for Defendant.

Counsel for the Government and counsel for Defendant have reviewed the statements and supporting documents submitted by the consumers who filed restitution requests. The Government has submitted a written summary of those restitution requests to the U.S. Probation Office, so that the summary may be utilized in the preparation of a Pre-Sentence Report.

Both counsel for the Government and counsel for Defendant now request a status conference with the Court to address victim restitution and to schedule a hearing date for a plea and/or sentencing.

Counsel is authorized to report that counsel for Defendant has reviewed this report and concurs.

RESPECTFULLY SUBMITTED, this 29th day of July, 2016.

> G.F. PETERMAN, III.
> UNITED STATES ATTORNEY
>
> BY:  */s/ Graham A. Thorpe*
> GRAHAM A. THORPE
> Assistant United States Attorney
> Georgia Bar Number 710650
> United States Attorney's Office
> Middle District of Georgia
> Post Office Box 1702
> Macon, Georgia 31202-1702
> Telephone: (478) 752-3511
> Graham.A.Thorpe@usdoj.gov
>
> */s/ Alan J. Phelps*
> ALAN J. PHELPS
> Trial Attorney
> CONSUMER PROTECTION BRANCH
> UNITED STATES DEPARTMENT OF JUSTICE
> Sixth Floor South
> 450 Fifth Street, NW
> Washington, DC 20001
> Telephone: (202) 307-6154
> Alan.Phelps@usdoj.gov

## CERTIFICATE OF SERVICE

I, GRAHAM A. THORPE, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing STATUS REPORT by electronically filing said motion with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

RESPECTFULLY SUBMITTED, this 29th day of July, 2016.

        G.F. PETERMAN, III.
        UNITED STATES ATTORNEY

BY:   */s/ Graham A. Thorpe*
        GRAHAM A. THORPE
        Assistant United States Attorney
        Georgia Bar Number 710650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Graham.A.Thorpe@usdoj.gov

        */s/ Alan J. Phelps*
        ALAN J. PHELPS
        Trial Attorney
        CONSUMER PROTECTION BRANCH
        UNITED STATES DEPARTMENT OF JUSTICE
        Sixth Floor South
        450 Fifth Street, NW
        Washington, DC 20001
        Telephone: (202) 307-6154
        Alan.Phelps@usdoj.gov